**No. 66766.**—Panation Trade Co. and W. J. Byrnes & Co. of New York, Inc. *v.* United States, protests 60/19067, 60/22580, and 60/22953 (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of rosary bracelets the same in all material respects as those the subject of *The J. Orlando Co., Inc., et al.* v. *United States* (43 Cust. Ct. 115, C.D. 2114), the claim of the plaintiffs was sustained.